**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                             04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Front Sight Management LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | dba Front Sight Firearms Training Institute <br> aka Front Sight Resorts <br> aka Front Sight |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 77-0306282 |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 1 Front Sight Road, Pahrump, NV 89061 <br> Number, Street, City, State & ZIP Code <br><br> Nye <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.frontsight.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Front Sight Management LLC**     Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No
☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  Front Sight Management LLC                             Case number (*if known*)
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☒ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  Front Sight Management LLC  
      Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/24/2022  
             MM / DD / YYYY

X _____      Ignatius Piazza  
Signature of authorized representative of debtor     Printed name

Title   Manager

**18. Signature of attorney**

X _____      Date   05/24/2022  
Signature of attorney for debtor            MM / DD / YYYY

Steven T. Gubner  
Printed name

BG Law LLP  
Firm name

300 S. 4th Street, Suite 1550, Las Vegas, NV 89101  
Number, Street, City, State & ZIP Code

Contact phone  (702) 835-0800    Email address  sgubner@bg.law

Nevada Bar No. 4624  
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Front Sight Management LLC

United States Bankruptcy Court for the: District of Nevada (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | [Confidential Party] [Address Redacted] | [Redacted] | Real Estate | U | $350,000.00 | $ 0.00 | **$350,000.00** |
| 2 | Steve Heun 35 Hahnemann Ln Napa, CA 94558-7210 | sheun@pacbell.net | Real Estate | U | $165,000.00 | $ 0.00 | **$165,000.00** |
| 3 | Gary Cecchi 90 Grey Fox Ln Oroville, CA 95966-9460 | gcecchi@comcast.net | Real Estate | U | $148,000.00 | $ 0.00 | **$148,000.00** |
| 4 | David Streck 22W330 Spring Valley Dr. Medinah, IL 60157 | dstreck1@gmail.com | Real Estate | U | $106,000.00 | $ 0.00 | **$106,000.00** |
| 5 | Armscor Precision International 1731 Village Center Circle Suite 150 Las Vegas, NV 89134 | Attn: Kyle Wyany kwyant@shea.law | Trade | | $100,000.00 | $ 0.00 | **$100,000.00** |
| 6 | Thomas Fitzgerald 1527 South Ct Findlay, OH 45840 | flstffitz@gmail.com | Member Obligation | | $96,000.00 | $ 0.00 | **$96,000.00** |
| 7 | Thomas Donaghy 3346 Woolsey Rd Windsor, CA 95492 | tom@ncva.com | Member Obligation | | $96,000.00 | $ 0.00 | **$96,000.00** |
| 8 | Edward Barber 14831 Ronda Drive San Jose, CA 95124 | rondavoo@aol.com | Member Obligation | | $96,000.00 | $ 0.00 | **$96,000.00** |

Debtor  **Front Sight Management LLC**
Name

Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 **Daniel Smith** 46006 N 37th Ln New River, AZ 85087-6963 | parzifalus@yahoo.com | Member Obligation | | $81,003.00 | $ 0.00 | **$81,003.00** |
| 10 **Call & Jensen Law** 610 Newport Center Drive Suite 700 Newport Beach, CA 92660 | Attn: Julie R. Trotter, Managing Shareholder P: (949) 717-3000 jtrotter@calljensen.com | Legal | | $78,219.41 | $ 0.00 | **$78,219.41** |
| 11 **Preston Arza LLP** 301 North Palm Canyon Drive Suite 103-102 Palm Springs, CA 92262-5672 | Attn: Scott Preston scott@prestonarza.com | Legal | | $72,444.60 | $ 0.00 | **$72,444.60** |
| 12 **ALM Investments LLC** 3525 Sage Rd 115 Houston, TX 77056 | P: (917) 856-8213 | Unsecured Note | | $55,000.00 | $ 0.00 | **$55,000.00** |
| 13 **Allan Paine** 888 Twin Creeks Crossing Apt 114 Central Point, OR 97502 | allanpaine57@gmail.com | Member Obligation | | $54,000.00 | $ 0.00 | **$54,000.00** |
| 14 **Ronald Genova** 3430 N. Mountain Ridge Unit # 14 Mesa, AZ 85207 | rtgenov@aol.com | Member Obligation | | $50,003.00 | $ 0.00 | **$50,003.00** |
| 15 **David Wallace** 791 Star View Way Bridgewater, NJ 08807 | david.w.wallace@hotmail.com | Member Obligation | | $48,000.00 | $ 0.00 | **$48,000.00** |
| 16 **William Feczko** 230 Highview Ave Pittsburgh, PA 15238 | marty@chaneyassoc.com | Member Obligation | | $48,000.00 | $ 0.00 | **$48,000.00** |
| 17 **Ted Balmforth** 133 E 4000 S Victor, ID 83455-5562 | tsbalmforth@silverstar.com | Member Obligation | | $48,000.00 | $ 0.00 | **$48,000.00** |
| 18 **Rafael Angel** 4240 Whisper Trail Olive Branch, MS 38654 | mazatlan8@live.com | Member Obligation | | $48,000.00 | $ 0.00 | **$48,000.00** |
| 19 **James Taylor** 2013 Legacy Drive Faribault, MN 55021 | jctm@taylors.xyz | Member Obligation | | $48,000.00 | $ 0.00 | **$48,000.00** |
| 20 **Michael Meacher** 4770 Santa Luc Street Mt. Falls, NV 89061 | mike.meacher@gmail.com | Employment Agreement – Former CFO | D | TBD | TBD | **TBD** |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Fill in this information to identify the case and this filing:

Debtor Name __Front Sight Management LLC__

United States Bankruptcy Court for the: _____ District of __Nevada__
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/24/2022__          X _/s/ Ignatius Piazza_____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                       Ignatius Piazza
                                       Printed name

                                       Manager
                                       Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

## WRITTEN CONSENT OF THE MANAGER OF
## FRONT SIGHT MANAGEMENT LLC AUTHORIZING FILING
## OF CHAPTER 11 PETITION AND OTHER RESOLUTIONS

### Dated: May 23, 2022

The undersigned manager ("Manager") of Front Sight Management LLC, a Nevada limited liability company (the "Company"), does hereby consent, approve and adopt the following resolutions by written consent pursuant to the Company's operating agreement:

WHEREAS, the Manager has considered the financial condition and circumstances of the Company, including without limitation the assets and liabilities of the Company and the strategic alternatives available to the Company;

WHEREAS, the Manager has reviewed, considered and received the recommendations of the Company's management and the Company's professional advisors as to the relative risks and benefits of a bankruptcy proceeding;

WHEREAS in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors and other stakeholders, that the Company be authorized and empowered to file a petition under the provisions of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada.

NOW THEREFORE, BE IT RESOLVED that, in the judgement of the Manager, it is necessary and in the best interests of the Company, its creditor and its other stakeholders that a chapter 11 petition (the "Petition") be filed on behalf of the Company on May 24, 2022 or such other date as may be determined;

RESOLVED FURTHER, that Ignatius Piazza or any other person that he may authorize (the "Designated Officer") is hereby authorized, empowered and directed on behalf of, and in the name of, the Company, to execute and file, and to cause counsel or other professionals to the Company to prepare with the assistance of the Company, as appropriate, all petitions, schedules, lists and other papers, documents and pleadings in connection with the bankruptcy case, and to take any and all action which the Designated Officer deems necessary and proper in connection with the bankruptcy case. Such actions shall include, but not be limited to, employing counsel and other professionals (both prior to and after the filing of the Petition), seeking Bankruptcy Court approval for the Company to use cash collateral and/or post-bankruptcy financing, seeking Bankruptcy Court approval of a plan and disclosure statement or as appropriate seeking dismissal or conversion of the bankruptcy case, compensating employees, negotiating with creditors, lenders, vendors, suppliers, landlords and any other party in interest, as needed, and entering into agreements regarding the same, and, if appropriate, negotiating, documenting and closing a sale of all or substantially all of the Company's assets;

RESOLVED FURTHER, that Ignatius Piazza, the current Manager of the Company, shall be the Designated Officer for all matters unless he either designates a different person to be

the Designated Officer for any particular purpose of purposes, or he is unable or unwilling to serve as the Designated Officer in which case, Brad Ackman, an employee of the Company who is the operations manager and oversees the business, shall be second in line to serve as the Designated Officer.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent on May 23, 2022.

_____
Ignatius Piazza, Manager