**CARLYON CICA CHTD.**
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
PHONE:  (702) 685-4444
FAX:       (725) 220-4360
Email:   DCica@CarlyonCica.com
             TOSteen@CarlyonCica.com

*Nevada Counsel to the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 22-11824-abl |
| | Chapter 11 |
| FRONT SIGHT MANAGEMENT LLC, | |
| Debtor. | Hearing Date: October 24, 2022 |
| | Hearing Time: 9:30 a.m. |

**NOTICE OF ENTRY OF ORDER GRANTING FIRST INTERIM FEE APPLICATION OF KELLEY DRYE & WARREN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FRONT SIGHT MANAGEMENT LLC FOR THE PERIOD FROM JUNE 13, 2022 THROUGH AND INCLUDING AUGUST 31, 2022**

PLEASE TAKE NOTICE that an *Order Granting First Interim Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Front Sight Management LLC for the Period from June 13, 2022 through and including August 31, 2022* [ECF No. 453] was filed in the above-referenced matter on October 25, 2022 a true and correct copy of which is attached hereto as Exhibit "1".

DATED this 25th day of October 2022.

CARLYON CICA CHTD.

/s/ *Dawn M. Cica, Esq*.
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
*Nevada Counsel to the Official Committee
of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case as indicated on the service list on October 25, 2022.

/s/  *Cristina Robertson*

# EXHIBIT "1"

# EXHIBIT "1"

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 25, 2022

**CARLYON CICA CHTD.**
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
PHONE:  (702) 685-4444
FAX:       (725) 220-4360
Email:   DCica@CarlyonCica.com
             TOSteen@CarlyonCica.com

*Nevada Counsel to the Official Committee
 of Unsecured Creditors*

**KELLEY DRYE & WARREN LLP**
ROBERT L. LEHANE, ESQ.
(*Admitted pro hac vice*)
New York Bar No. 2937761
JASON R. ADAMS, ESQ.
(*Admitted pro hac vice*)
New York Bar No. 3972106
LAUREN S. SCHLUSSEL, ESQ.
(*Admitted pro hac vice*)
New York Bar No. 4801742
3 World Trade Center
175 Greenwich Street
New York, NY 10007
PHONE:  (212) 808-7800
FAX:       (212) 808-7897
Email:   RLehane@kelleydrye.com
             JAdams@ kelleydrye.com
             LSchlussel@kelleydrye.com

*Counsel to the Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>FRONT SIGHT MANAGEMENT LLC,<br><br>Debtor. | Case No. 22-11824-abl<br>Chapter 11<br><br>**Hearing Date:**  October 24, 2022<br>**Hearing Time:** 9:30 a.m. |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF KELLEY DRYE & WARREN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FRONT SIGHT MANAGEMENT LLC FOR THE PERIOD FROM JUNE 13, 2022 THROUGH AND INCLUDING AUGUST 31, 2022**

The Court having held a hearing on October 24, 2022 at 9:30 a.m. (the "Hearing") to consider the *First Interim Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Front Sight Management LLC For the Period from June 13, 2022 Through and Including August 31, 2022* [ECF No. 364] (the "Application")[1], with all appearances noted on the record at the time of the Hearing; and the Court having reviewed the Application, and other related pleadings and papers on file in the above-captioned bankruptcy case; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 157; (b) that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) that venue of the Debtor's chapter 11 case and the Application is proper under 28 U.S.C. §§ 1408 and 1409; (d) that service and notice of the Application was sufficient under the circumstances; and (e) that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and the Court having made certain findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference pursuant to Fed. R. Civ. P. 52, as made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and the Court noting that no opposition to the Application having been filed; and the Court having determined that the relief requested in the Application is appropriate; and for good cause appearing:

**IT IS HEREBY ORDERED** that the Application is **APPROVED** in its entirety.

**IT IS HEREBY FURTHER ORDERD** that the fee request contained within the Application is hereby approved on an interim basis and allowed in the aggregate amount of **$485,175.37** for the period of June 13, 2022 through August 31, 2022 (the "Period"), consisting of fees in the amount of $484,299.50 plus reimbursement of actual and necessary expenses in the amount of $875.87 for the Period.

**IT IS SO ORDERED.**

…

…

…

---

All capitalized, undefined terms shall have the meanings ascribed to them in the Application.

1  Respectfully submitted by:

2  CARLYON CICA CHTD.

3
   /s/: *Dawn M. Cica, Esq.*
4  DAWN M. CICA, ESQ.
   Nevada Bar No. 4565
5  TRACY M. O'STEEN, ESQ
   265 E. Warm Springs Road, Suite 107
6  Las Vegas, NV 89119
   PHONE:  (702) 685-4444
7  FAX:     (725) 220-4360
   Email:   DCica@CarlyonCica.com
8            TOSteen@CarlyonCica.com

9  *Nevada Counsel to the Official Committee
   of Unsecured Creditors*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | **LR 9021 CERTIFICATION** |
| 2 |   |

In accordance with LR 9021, an attorney submitting this document certifies as follows: (check one):

__X_ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###