**CARLYON CICA CHTD.**
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone: (702) 685-4444
Facsimile: (725) 220-4360
Email: dcica@carlyoncica.com
　　　　tosteen@carlyoncica.com
*Nevada Counsel for Official Committee of Unsecured Creditors*

**KELLEY DRYE & WARREN LLP**
ROBERT L. LEHANE, ESQ.
*Admitted pro hac vice*
New York Bar No. 2937761
JASON R. ADAMS, ESQ *A*
*Admitted pro hac vice*
New York Bar No. 3972106
LAUREN S. SCHLUSSEL, ESQ.
*Admitted pro hac vice*
New York Bar No. 4801742
3 World Trade Center
175 Greenwich Street
New York, NY 10007
PHONE: (212) 808-7800
FAX:　　(212) 808-7897
Email:　RLehane@kelleydrye.com
　　　　JAdams@kelleydrye.com
　　　　LSchlussel@kelleydrye.com
*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>FRONT SIGHT MANAGEMENT LLC,<br><br>　　　　　　　　　　　Debtor. | Case No. 22-11824-abl<br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE ITS OBJECTION TO CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Hearing Date: November 18, 2022<br>Hearing Time: 9:30 a.m. |

The Official Committee of Unsecured Creditors of Front Sight Management LLC (the "Committee") and Front Sight Management LLC ("Debtor" and together with the Committee, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows (the "Stipulation"):

WHEREAS, currently pending before the Court is the *Debtor's Second Amended Chapter 11 Plan of Reorganization* [ECF No. 405] (the "Plan").

WHEREAS, objections to confirmation of the Plan are currently due on November 4, 2022.

WHEREAS, the Parties continue to negotiate issues relative to confirmation, and due to such ongoing negotiations, the Parties have agreed that the Committee shall have up to and including November 7, 2022 to file its objection to the Plan.

Based on the foregoing, the Parties hereby stipulate and agree that the Committee shall have up to and including **November 7, 2022** to file an objection to confirmation of the Plan.

**IT IS SO STIPULATED.**

DATED this 4th day of November, 2022.

| CARLYON CICA CHTD. | BG LAW LLP |
|---|---|
| By: /s/ *Dawn M. Cica, Esq.* <br> CANDACE C. CARLYON, ESQ. <br> Nevada Bar No. 2666 <br> DAWN M. CICA, ESQ. <br> Nevada Bar No. 4565 <br> TRACY M. O'STEEN <br> Nevada Bar No. 10949 <br> 265 E. Warm Springs Road, Suite 107 <br> Las Vegas, Nevada 89119 <br><br> *Nevada Counsel to the Official Committee of Unsecured Creditors of Front Sight Management LLC* | By: /s/ *Susan K. Seflin, Esq.* <br> STEVEN T. GUBNER <br> Nevada Bar No. 4624 <br> SUSAN K. SEFLIN, Esq. <br> Admitted *Pro Hac Vice* <br> JESSICA S. WELLINGTON <br> Admitted *Pro Hac Vice* <br> 300 S. 4th Street, Suite 1550 <br> Las Vegas, NV 89101 <br><br> *Counsel for Debtor* |