_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 07, 2022

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112

*Attorneys for Ignatius Piazza, Jennifer Piazza,*
*VNV Dynasty Trust I, and VNV Dynasty Trust II*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re:                          | Case No.: 22-11824-ABL |
|---------------------------------|------------------------|
| FRONT SIGHT MANAGEMENT LLC,     | Chapter 11             |
|           Debtor.               | **Confirmation Date:** Date: November 18, 2022  Time: 9:30 a.m. |

**ORDER APPROVING STIPULATION REGARDING LAS VEGAS DEVELOPMENT FUND, LLC'S TREATMENT UNDER DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

The Court has considered the *Stipulation Regarding Las Vegas Development Fund, LLC's Treatment Under Debtor's Second Amended Chapter 11 Plan of Reorganization* (the "Stipulation")[1] between and among Front Sight Management LLC (the "Debtor"), by and through its counsel BG Law; Nevada PF, LLC ("Nevada PF"), by and through its counsel, Schwartz Law;

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Dr. Ignatius Piazza, Jennifer Piazza, VNV Dynasty Trust I, and VNV Dynasty Trust II (collectively, the "Piazzas"), by and through their counsel, Garman Turner Gordon; and Las Vegas Development Fund, LLC ("LVDF", and together with Debtor, Nevada PF, and the Piazzas, the "Parties"), by and thorough its counsel, the Law Office of Brian D. Shapiro and Jones Lovelock, and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved in its entirety.

2. The Debtor and Nevada PF shall increase the LVDF Claim Reserve by $750,000, to a total of $12,555,706.01. If the Plan is confirmed, then LVDF's lien shall attach only to the Claim Reserve of $12,555,706.01.

3. The Plan confirmation order shall provide that the LVDF Interest Provision is stricken in its entirety. For avoidance of doubt, any interest on the principal amount of the LVDF Claim shall be determined in connection with the adjudication of the Claim Objections.

4. Except as stated herein, LVDF shall not be required to file an opposition to the Claim Objections.

5. The Debtor, LVDF, and the Piazzas shall attend an in-person settlement conference (the "Settlement Conference") related to the LVDF Claim, Claim Objections, and Adversary Proceeding on December 8 and 9, 2022 before the Honorable Peggy Leen. The cost of such Settlement Conference (which shall be immediately due) shall be split 50/50 between LVDF, on the one hand, and the Debtor on the other hand

6. The Debtor, LVDF, and the Piazzas shall, no later than the conclusion of the Confirmation Hearing, request that the Bankruptcy Court set a firm trial date at the earliest possible date to resolve the LVDF Claim, the Claim Objections, and the Adversary Proceeding.

7. If a settlement is not reached at the Settlement Conference, the Parties shall stipulate to a mutually agreeable discovery and briefing schedule related to the Claim Objections and the Adversary Proceeding and if unable to stipulate, then the Court shall enter a discovery and briefing schedule related to the Claim Objections and the Adversary Proceeding. The briefing schedules shall set forth the deadlines for LVDF to file an opposition, if necessary, to the Claim Objections.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

8. If a settlement is not reached at the Settlement Conference, then an in-person deposition of Dr. Ignatius Piazza shall take place on January 4, 2023, and a deposition of Jennifer Piazza will take place via zoom or some similar format on January 3, 2023. The Parties agree that these shall be firm deposition dates and will not be continued or moved absent Court order or by stipulation.

9. LVDF shall not object to the Plan.

10. LVDF shall submit a ballot voting in favor of the Plan by the voting deadline of November 4, 2022.

IT IS SO ORDERED.

Submitted by:

GARMAN TURNER GORDON LLP

By: /s/ Teresa Pilatowicz
GREGORY E. GARMAN, ESQ.
TERESA M. PILATOWICZ, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Attorneys for Ignatius Piazza, Jennifer Piazza, VNV Dynasty Trust I, and VNV Dynasty Trust II*

BG LAW LLP

By: /s/ Susan K. Seflin
STEVEN T. GUBNER, ESQ.
SUSAN K. SEFLIN, ESQ.
JESSICA WELLINGTON, ESQ.
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Chapter 11 Debtor*

LAW OFFICE OF BRIAN D. SHAPIRO, LLC

By: /s/ Brian D. Shapiro
Brian D. Shapiro, Esq.
510 S. 8th Street
Las Vegas, Nevada 89101

and

Andrea M. Champion, Esq.
Nicole E. Lovelock, Esq.
JONES LOVELOCK
6600 Amelia Earhart Court, Suite C
Las Vegas, Nevada 89119
*Attorneys for Las Vegas Development Fund*

SCHWARTZ LAW

By: /s/ Samuel A. Schwartz
SAMUEL A. SCHWARTZ, ESQ.
601 East Bridger Ave.
Las Vegas, Nevada 89101
*Attorneys for Nevada PF, LLC*